
ORIGINAL

FILED

08/23/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0413

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0413

NICHOLAS VON PLATZ,

Petitioner,

v.

SECOND JUDICIAL DISTRICT COURT,
and the HONORABLE KURT KRUEGER,
District Court Judge,

Respondent.

ORDER

FILED

AUG 2 3 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Nicholas Von Platz has filed a request for this Court to "exercise supervisory control over this case." Platz refers to a pending criminal case in the Second Judicial District Court, Butte-Silver Bow County. He explains that he was arrested on April 23, 2021, for a probation violation and charged with possession of dangerous drugs. Platz points out that he was arraigned in August 2021 and states that the arraignment was his only court appearance in the last year. Platz contends that his right to a fair and speedy trial has been violated as detailed in the "countless letters to the Clerk of District Court . . . ." He also requests new appointment of counsel in his underlying case because of an "irreparable breakdown . . . ." Platz mentions that his trial date has been continued again and argues that his rights under the Due Process Clause have been violated.

As a threshold matter, Platz has not served a copy of his pleading, that we deem a Petition, upon the court or presiding Judge. M. R. App. P. 14(6). He has served only the Attorney General for the State of Montana. We amend the caption to include the Second Judicial District Court and the presiding Judge.

Supervisory control may be appropriate on a case-by-case basis. "This extraordinary remedy can be invoked when the case involves purely legal questions and urgent or emergency factors make the normal appeal process inadequate." *State v. Spady,*

2015 MT 218, ¶ 11, 380 Mont. 179, 354 P.3d 590 (citing M. R. App. P. 14(3); *Redding v. McCarter*, 2012 MT 144, ¶ 17, 365 Mont. 316, 281 P.3d 189). "The case must meet one of three additional criteria: (a) the other court is proceeding under a mistake of law and is causing a gross injustice; (b) constitutional issues of state-wide importance are involved; or (c) the other court has granted or denied a motion for substitution of a judge in a criminal case." *Spady*, ¶ 11 (quoting M. R. App. P. 14(3)(a)-(c)).

Platz is not entitled to supervisory control. What Platz fails to mention—of importance here—is that he has been held in the Montana State Prison since June 2021. Available electronic records indicate that the Board of Pardons and Parole revoked his parole on June 22, 2021, because of several parole violations, most likely including his new offenses. Platz is serving a prior prison sentence as well as awaiting the completion of his new criminal case in the Butte-Silver Bow County District Court. The court's docket sheet shows that he has counsel to represent him and that Platz must be transported to his hearings, such as the August 26, 2021 arraignment. Currently, as Platz provided, his trial has been continued, with the final pretrial hearing set for September 9, 2022.

We do not find the existence of urgency or emergency factors. *Spady*, ¶ 11. Platz has not presented a purely legal question for review due to the many fact-intensive aspects of the issues he raises. M. R. App. P. 14(3). Platz retains the remedy of a direct appeal for which the entire record would be available to this Court. M. R. App. P. 4(1)(a), 4(5)(b)(i), and 6(2).

We caution Platz to refrain from filing pleadings with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c).

IT IS THEREFORE ORDERED that Platz's Petition for a Writ of Supervisory Control is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Kurt Krueger, Second Judicial District Court, along with a copy of Platz's Petition; to Tom Powers, Clerk of District Court, Butte-Silver Bow County, under Cause No. DC-21-128; to counsel of record; to Ann M. Shea, Counsel for the State, along with a copy of Platz's Petition; to

2

Joshua R. Demers, Defense Counsel, along with a copy of Platz's Petition; and to Nicholas Von Platz personally.

DATED this 3rd day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

3